# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA 64 | 9106035 | Morin | 1352 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 12/16/2019 2102 | 36 CFR 4.23(a)(1) |

Place of Offense: 1st Ave at 5th St

Offense Description: Factual Basis for Charge   HAZMAT ☐
Operating Under the Influence of Alcohol - Unsafe Op

### DEFENDANT INFORMATION
Phone: (703) 244-6685

Last Name: Taylor
First Name: Wallace
M.I.: J

Street Address: [redacted]
City: Marblehead
State: MA
Zip Code: [redacted]
Date of Birth: [redacted]/1976

Drivers License No.: [redacted]
CDL ☐
D.L. State: MA
Social Security No.: [redacted]301

☐ Adult ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: Br   Eyes: Bl   Height: 6'03"   Weight: 260

### VEHICLE   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| T74931 | MA | 18 | Ford Exp | | Gray |

**A** ☒ If Box A is checked, you must appear in court. See instructions.
APPEARANCE IS REQUIRED

**B** ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
APPEARANCE IS OPTIONAL

NP19201042

$ MA Forfeiture Amount
+ $30 Processing Fee
$ MA Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date:
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9106035*

I state that on 12/16, 20 19 while exercising my duties as a law enforcement officer in the District of Massachusetts

I was on uniformed patrol in my marked patrol vehicle at the intersection of 1st Ave and 5th St in Charlestown. This area is within the boundaries of Boston National Historical Park. At approximately 2100 hrs I saw a gray Ford Explorer (MA T74931) turn right onto 5th St from 1st Ave. The vehicle did not come to a complete stop at the posted stop sign and did not signal its turn. I stopped the vehicle and identified the driver by MA DL as Wallace TAYLOR. TAYLOR's eyes were glassy and his speech was slightly slurred. TAYLOR consented to three verbal tests including an alphabet test, countdown, and finger count. TAYLOR was given two opportunities to perform the same alphabet and countdown tests. He did not perform them as instructed on both attempts. TAYLOR consented to Standardized Field Sobriety Tests. I smelled the odor of alcoholic beverage coming from his person. TAYLOR had trouble following directions and showed signs of impairment. I observed 5 of 6 clues for Horizontal Gaze Nystagmus, 4 of 8 clues for Walk and Turn, and 4 out of 4 clues for One Leg Stand. I arrested TAYLOR for Operating Under the Influence of Alcohol. I transported TAYLOR to the MA State Police Medford Barracks where I read him the NPS OUI Rights Notice. Taylor also read the notice and refused to provide a breath sample for chemical testing as required. I interviewed TAYLOR after he waived his rights and he admitted to drinking alcoholic beverages prior to the stop. I issued him 3 Mandatory Appearance VN's for violating 36 CFR 4.12 (Stop Sign Violation), 4.23 (a)(1) (OUI Alcohol), and 4.23 (c)(2) (Refusal to Submit to Chemical Test). This incident was recorded. NP19201042

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/19/2019   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/08/2020 8:57
CVB SCAN 01/08/2020 8:57

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA 64 | 9106036 | Morin | 1352 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 12/16/2019 2157 | 36 CFR 4.23 (c)(2) |

Place of Offense: Medford Barracks - MSP

Offense Description: Factual Basis for Charge   HAZMAT ☐

Refusal to Submit to a Chemical Test

### DEFENDANT INFORMATION
Phone: (703) 244-6685

| Last Name | First Name | M.I. |
|---|---|---|
| Taylor | Wallace | J |

Street Address: [redacted]

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Marblehead | MA | [redacted] | [redacted]/976 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| [redacted] | | MA | [redacted]/301 |

☐ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: Br   Eyes: Blu   Height: 603   Weight: 260

### VEHICLE   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| T74931 | MA | 18 | Ford Expl. | | gray |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

NP19201042

$ MA   Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ MA   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:    Date:    Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Wallace

Original - CVB Copy

*9106036*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 12/16, 20 19 while exercising my duties as a law enforcement officer in the _____ District of Massachusetts

I was on uniformed patrol in my marked patrol vehicle at the intersection of 1st Ave and 5th St in Charlestown. This area is within the boundaries of Boston National Historical Park. At approximately 2100 hrs I saw a gray Ford Explorer (MA T74931) turn right onto 5th St from 1st Ave. The vehicle did not come to a complete stop at the posted stop sign and did not signal its turn. I stopped the vehicle and identified the driver by MA DL as Wallace TAYLOR. TAYLOR's eyes were glassy and his speech was slightly slurred. TAYLOR consented to three verbal tests including an alphabet test, countdown, and finger count. TAYLOR was given two opportunities to perform the same alphabet and countdown tests. He did not perform them as instructed on both attempts. TAYLOR consented to Standardized Field Sobriety Tests. I smelled the odor of alcoholic beverage coming from his person. TAYLOR had trouble following directions and showed signs of impairment. I observed 5 of 6 clues for Horizontal Gaze Nystagmus, 4 of 8 clues for Walk and Turn, and 4 out of 4 clues for One Leg Stand. I arrested TAYLOR for Operating Under the Influence of Alcohol. I transported TAYLOR to the MA State Police Medford Barracks where I read him the NPS OUI Rights Notice. Taylor also read the notice and refused to provide a breath sample for chemical testing as required. I interviewed TAYLOR after he waived his rights and he admitted to drinking alcoholic beverages prior to the stop. I issued him 3 Mandatory Appearance VN's for violating 36 CFR 4.12 (Stop Sign Violation), 4.23 (a)(1) (OUI Alcohol), and 4.23 (c)(2) (Refusal to Submit to Chemical Test). This incident was recorded. NP19201042

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/19/2019   [Signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA64 | 9106034 | Morin | 1352 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 12/16/2019 2102 | 36 CFR 4.12 |

Place of Offense: 1st Ave at 5th St

Offense Description: Factual Basis for Charge — HAZMAT ☐
Failure to Yield Traffic Control Device – Stop Sign

### DEFENDANT INFORMATION
Phone: (703) 244-6685

| Last Name | First Name | M.I. |
|---|---|---|
| Taylor | Wallace | J |

Street Address: [redacted]
City: Marblehead   State: MA   Zip Code: [redacted]   Date of Birth: [redacted] 1976
Drivers License No.: [redacted]   CDL ☐   D.L. State: MA   Social Security No.: [redacted] 1301
☑ Adult ☐ Juvenile   Sex ☑ Male ☐ Female   Hair: Br   Eyes: Blu   Height: 603   Weight: 260

### VEHICLE   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| T74931 | MA | 18 | Ford Explorer | | Gray |

**A ☑ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☐ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

NP19201042

$ MA Forfeiture Amount
+ $30 Processing Fee
$ MA Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9106034*

CVB SCAN 01/08/2020 8:57

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 12/16, 20 19 while exercising my duties as a law enforcement officer in the District of Massachusetts

I was on uniformed patrol in my marked patrol vehicle at the intersection of 1st Ave and 5th St in Charlestown. This area is within the boundaries of Boston National Historical Park. At approximately 2100 hrs I saw a gray Ford Explorer (MA-T74931) turn right onto 5th St from 1st Ave. The vehicle did not come to a complete stop at the posted stop sign and did not signal its turn. I stopped the vehicle and identified the driver by MA DL as Wallace TAYLOR. TAYLOR's eyes were glassy and his speech was slightly slurred. TAYLOR consented to three verbal tests including an alphabet test, countdown, and finger count. TAYLOR was given two opportunities to perform the same alphabet and countdown tests. He did not perform them as instructed on both attempts. TAYLOR consented to Standardized Field Sobriety Tests. I smelled the odor of alcoholic beverage coming from his person. TAYLOR had trouble following directions and showed signs of impairment. I observed 5 of 6 clues for Horizontal Gaze Nystagmus, 4 of 8 clues for Walk and Turn, and 4 out of 4 clues for One Leg Stand. I arrested TAYLOR for Operating Under the Influence of Alcohol. I transported TAYLOR to the MA State Police Medford Barracks where I read him the NPS OUI Rights Notice. Taylor also read the notice and refused to provide a breath sample for chemical testing as required. I interviewed TAYLOR after he waived his rights and he admitted to drinking alcoholic beverages prior to the stop. I issued him 3 Mandatory Appearance VN's for violating 36 CFR 4.12 (Stop Sign Violation), 4.23 (a)(1) (OUI Alcohol), and 4.23 (c)(2) (Refusal to Submit to Chemical Test). This incident was recorded. NP19201042

The foregoing statement is based upon:
☑ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/19/2019   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident